| AO-10 (WP)<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | *Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. app. §§101-111)* |

| 1. Person Reporting *(Last name, first, middle initial)*<br>SHADUR, MILTON I. | 2. Court or Organization<br>US District Court<br>Northern District of Illinois | 3. Date of Report<br>April 9<br>2007 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>January 1 to<br>December 31, 2006 |
| 7. Chambers or Office Address<br>219 S. Dearborn St. Room 2388<br>Chicago, Ill. 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Life trustee | Ravinia Festival Ass'n (not for profit) |
| 2 Partner | Partnerships (investment only – no services) |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | Travelers Ins Co. (monthly annuity from matured | Annual Gross $448.08 |
| 2 | insurance policy) = Travelers was acquired | (Taxable $310.56) |
| 3 | during 2006 by Metlife of Connecticut | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[X] NONE (No reportable non-investment income.)

1

2

RECEIVED 2007 APR 16 A 10:59 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR. MILTON I. | April 4 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☒ NONE (No such reportable reimbursements.) | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts.) | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

*Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-50,000,000 P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| SHADUR, MILTON I | April 9, 2007 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month/Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions.) | Unless otherwise specified, all listed items are shares of common stock | | | | | | | | |
| 1 Wyeth | B | div | M | T | | | | | |
| 2 AT+T (x) | A | div | K | T | | | | | |
| 3 BP PLC | A | div | K | T | | | | | |
| 4 Bell South | A | div | θ | | Merger | 12/29 | K | θ | [final report] |
| 5 Consolidated Edison | B | div | K | T | | | | | |
| 6 East Bank Club (Chicago) limited partnership | G | p'ship income | J | Negative (U) | | | | | |
| 7 Exxon Mobil | B | div | M | T | | | | | |
| 8 JP Morgan Chase IRAs — CDs | B | cash distrib | L | T | | | | | |
| 9 JP Morgan Chase Checking | A | int | J | T | | | | | |
| 10 IBM | A | div | K | T | | | | | |
| 11 DWS Scudder (formerly known as Scudder) money mkt fund | E | div | P1 | T | | | | | |
| 12 Lockheed-Martin | D | div | N | T | | | | | |
| 13 Northrop Grumman | B | div | M | T | | | | | |
| 14 Pinnacle West | A | div | J | T | | | | | |
| 15 Burlington N. Santa Fe | A | div | K | T | | | | | |
| 16 Skyline Industries | C | div | L | T | | | | | |
| 17 Marathon Oil | A | div | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: SHADUR, MILTON I.

Date of Report: April 9, 2007

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from disclosure | B. Income during reporting period (1) Amount Code1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | Walgreens | C | div | O | T | | | | | |
| 2 | Lynnewood Apartments (Pa.) real estate partnership | D | distributions + int | J | Negative | | | | | |
| 3 | Condominium (Highland Park Ill) - 1996 $216,000 | | None | M | R | | | | | |
| 4 | Ers Can | A | div | K | T | | | | | |
| 5 | Fording Coal Trust | B | div | J | T | | | | | |
| 6 | Canadian Pac Ry | A | div | K | T | | | | | |
| 7 | Fairmont Hotels | A | div | | | sold | 5/11 | J | D | [Final report] |
| 8 | Northwestern Mut Life (whole life policies) | | None | M | U | | | | | |
| 9 | Great A + P | | None | J | T | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |

1. Income/Gain Codes (See Col B1, D4): A=$1,000 or less, B=$1,001-$2,500, C=$2,501-$5,000, D=$5,001-$15,000, E=$15,001-$50,000, F=$50,001-$100,000, G=$100,001-$1,000,000, H1=$1,000,001-$5,000,000, H2=More than $5,000,000
2. Value Codes (See Col C1, D3): J=$15,000 or less, K=$15,001-$50,000, L=$50,001-$100,000, M=$100,001-$250,000, N=$250,001-$500,000, O=$500,001-$1,000,000, P1=$1,000,001-$5,000,000, P2=$5,000,001-$25,000,000, P3=$25,000,001-$50,000,000, P4=More than $50,000,000
3. Value Method Codes (See Col C2): Q=Appraisal, R=Cost (Real Estate only), S=Assessment, T=Cash/Market, U=Book Value, V=Other, W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

AT+T stock (Part VII, page 1, line 2) owned during 2005 and during 2006 until it acquired Bell South Dec. 29, 2006 was exempt from reporting when AT+T acquired Bell South, its issuance of AT+T stock in exchange for Bell South stock caused the total AT+T holdings to become reportable (while Bell South will not be reportable hereafter)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _April 9, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544